DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN SINGH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3962

[February 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 12-014222 CF10A.

Khurrum B. Wahid of Wahid Vizcaino, LLP, Miami, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***